UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HOMER E. HOSKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:15-cv-00262-TWP-TAB |
| IPD, | ) ) ) |
| Defendant. | ) |

**Entry Discussing Request to Proceed on Appeal *In Forma Pauperis***

The plaintiff seeks leave to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*.

There has been no final judgment in this action. In pursuing an appeal, therefore, the petitioner "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* [dkt 7] is **denied.**

The Court notes that the plaintiff has consistently failed to provide a valid address to the Court, so this Entry and Judgment will not be placed in the mail. *See* No. 1:15-cv-304-RLY-DKL (March 4, 2015). As he often does, he may pick up a copy of this Entry in the Clerk's Office,

Room 105 of the United States District Court for the Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN 46204.

**IT IS SO ORDERED.**

Date: 3/6/2015

*[Signature: Tanya Walton Pratt]*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Homer E. Hoskins, For Pick Up In Clerk's Office, Room 105 Courthouse

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**